IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN COOKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3921 |
| | § | |
| DON H. JASPER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Loren Klitsas and Klitsas & Vercher, P.C. have moved to withdraw as counsel for the defendant Electronic Concepts, Inc. (Docket Entry No. 37). The motion to withdraw is granted.

Electronic Concepts, Inc. is a corporate entity, which may not proceed *pro se*. This court orders Electronic Concepts, Inc. to appoint new counsel who will file a Notice of Appearance with this court no later than **September 30, 2009.** If Electronic Concepts fails to do so, it may face judgment by default.

A new scheduling order will be entered if appropriate after the deadline for new counsel to appear for Electronic Concepts, Inc.

SIGNED on August 18, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge