IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RYAN COOKE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-07-3921 |
| § | |
| ELECTRONIC CONCEPTS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

The plaintiffs filed a Motion of Default against Electronic Concepts, Inc. and Adam Jaspers. (Docket Entry No. 63). No response has been filed. Based on the motion, the supporting materials, the record, and the applicable law, the motion is granted. The Clerk of Court is ordered to enter the default of defendants, Adam Jaspers and Electronic Concepts, Inc.

SIGNED on May 6, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge