IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN COOKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3921 |
| | § | |
| DON H. JASPERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Adam Jaspers, a defendant representing himself, has asked to have the notice of his deposition quashed. The notice requires him to travel to Houston to be deposed. Jaspers lives in Colorado. Given the circumstances, including that Jaspers is proceeding pro se, the notice of deposition is quashed. If the plaintiffs wish to take his deposition, they must do so in Colorado, at a time and place reasonably convenient for him.

SIGNED on June 25, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge