**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| RYAN COOKE, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-07-3921 |
| ELECTRONIC CONCEPTS, INC., *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

The plaintiffs have moved for leave to file a supplemental brief. (Docket Entry No. 76). The motion for leave is granted. The supplemental brief must be filed no later than **August 16, 2010**. The response is due no later than **September 7, 2010**.

SIGNED on August 6, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge