IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RYAN COOKE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-3921 |
| | § | |
| DON H. JASPER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Stewart Hoffer, Gregory R. Koush, and the law firm of Munsch Hardt Kopf & Harr, P.C., have moved to withdraw as counsel for defendant TBD Services, Inc. The motion to withdraw is granted. (Docket Entry No. 82).

Because corporate entities may not proceed *pro se,* this court orders TBD Service, Inc. to appoint new counsel who will file a Notice of Appearance with this court no later than January 7, 2011. If it fails to do so, counsel for the plaintiffs must move for default no later than January 28, 2011.

The scheduling order deadlines are extended by 60 days.

SIGNED on November 5, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge